IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ROBERT ALLEN WILKINS,  )
)
    Petitioner,  )
v.  )  Civil Action No. 3:17CV142–HEH
)
COMMONWEALTH OF VIRGINIA,  )
)
    Respondent.  )

## FINAL ORDER
(Adopting Report and Recommendation and Dismissing Action)

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. Wilkins's Objections are OVERRULED;
2. The Report and Recommendation (ECF No. 18) is ACCEPTED and ADOPTED;
3. The Motion to Dismiss (ECF No. 12) is GRANTED;
4. Wilkins's § 2254 Petition (ECF No. 1) is DENIED;
5. Wilkins's request for reconsideration of the denial of his request for an evidentiary hearing (ECF No. 25) is DENIED;
6. Wilkins's claims and the action are DISMISSED; and,
7. A certificate of appealability is DENIED.

Should Wilkins desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within thirty (30) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

The Clerk is DIRECTED to send the Memorandum Opinion and Order to Wilkins and counsel of record.

It is so ORDERED.

Date: Nov. 28, 2017
Richmond, Virginia

/s/
HENRY E. HUDSON
UNITED STATES DISTRICT JUDGE